# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRANDI DANIELLE ADAMIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　Defendant. | CASE NO.: **EDCV 24-00068 KS**<br><br>~~[PROPOSED]~~ ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"), **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND THREE HUNDRED EIGHTY-TWO DOLLARS and 78/cents ($4,382.78), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: September 23, 2024

　　　　　　　　　　　　　　　　　　_/s/ Karen L. Stevenson_
　　　　　　　　　　　　　　　　　　HONORABLE KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　CHIEF U.S. MAGISTRATE JUDGE

1